IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  Crim. No. 24-cr-00114-TFM |
| | * |
| JUAN ALI POPOCA-FLORES | * |
| | * |

**PRELIMINARY ORDER OF FORFEITURE**

The United States filed a motion seeking a preliminary order of forfeiture in this case. [Doc. No. 502] Upon consideration of this motion and a review of the record, the United States' motion is **GRANTED**. Accordingly, this Court issues the following preliminary order of forfeiture pursuant to FED. R. CRIM. P. 32.2(b)(2)(A).

It is **ORDERED** that defendant Juan Ali Popoca-Flores' ("Popoca-Flores'") interest in the following property:

1) **$1,484.00, in U.S. currency, more or less; and**

2) **One 2019 Dodge 1500 Pickup Truck, VIN # 1C6SRFJT0KN658909,**

is hereby terminated and the property is forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c). The Federal Bureau of Investigation, or other appropriate federal agency, is authorized to secure the custody and control of the property. Following the issuance of this Order, the United States shall provide all appropriate notifications in accordance with the procedures set out in 21 U.S.C. § 853 and FED. R. CRIM. P. 32.2(b)(6).

The United States shall have clear title to the above-described property following the disposition of all third-party petitions, or if no such petitions are filed, following the expiration of the period provided for the filing of such petitions. 21 U.S.C. § 853(n)(7); *see also* FED. R. CRIM. P. 32.2(c)(2) (explaining the procedures for ancillary proceedings should third-party claims be filed against forfeitable property).

This Order shall become final as to Popaco-Flores at the time of his sentencing and shall be made part of his sentence and judgment. FED. R. CRIM. P. 32.2(b)(4)(A), (B).

This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary. FED. R. CRIM. P. 32.2(e).

DONE and ORDERED this 18th day of September 2025.

/s/Terry F. Moorer
HON. TERRY F. MOORER
UNITED STATES DISTRICT JUDGE